5

United States District Court
Southern District of Texas
ENTERED

FEB 1 7 1999

# IN THE UNITED STATES DISTRICT COURT Michael N. Milby, Clerk of Court
# FOR THE SOUTHERN DISTRICT OF TEXAS By Deputy Clerk
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCIO RODRIGUEZ, | § | |
|     Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-97-134 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-098 |
| | § | CRIMINAL NO. B-96-072 |
| UNITED STATES OF AMERICA, | § | |
|     Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of December 8, 1998, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this __17th__ day of __February__ 1998.

Filemon B. Vela
United States District Judge